Catherine Laffey, defendant in error, v. United Brotherhood of Carpenters and Joiners of America, plaintiff in error. Gen. No. 33,981.

Heard in the third division of this court for the first district at the February term, 1930. ▮▮▮▮▮ Opinion filed January 28, 1931.

John D. Farrell, for plaintiff in error. Charles B. Collins, for defendant in error; Harold G. Ward, of counsel.

Mr. Justice Friend delivered the opinion of the court.